**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Hernan RAMIREZ, Defendant–Appellee.**

No. 95–30158.

United States Court of Appeals,
Ninth Circuit.

Sept. 3, 1998.

Before: REINHARDT, KOZINSKI, and FERNANDEZ, Circuit Judges.

The district court issued an order suppressing evidence that had been discovered after a warrant was served at Hernan Ramirez's home. We affirmed. *See United States v. Ramirez*, 91 F.3d 1297 (9th Cir.1996). However, the Supreme Court disagreed, and decided that the conduct of the serving officers was neither a violation of the Fourth Amendment nor a violation of 18 U.S.C. § 3109. *See United States v. Ramirez*, —— U.S. ——, 118 S.Ct. 992, 140 L.Ed.2d 191 (1998). It reversed and remanded for further proceedings. *Id.* at ——, 118 S.Ct. at 998.

We, therefore, reverse the district court's suppression order and remand to the district court for further proceedings consistent with the decision of the Supreme Court.[1]

REVERSED and REMANDED.

1. We dispose of a related issue raised by Ramirez in an unpublished memorandum disposition filed

on the date of this order.